**FOURTH DIVISION**
**MILLER, P. J.,**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**May 18, 2016**

# In the Court of Appeals of Georgia

A14A0266. THE MEDICAL CENTER, INC. v. BOWDEN.

MILLER, Presiding Judge.

In *Bowden v. The Medical Center, Inc.*, 297 Ga. 285 (773 SE2d 692) (2015), the Supreme Court of Georgia reversed the judgment of this Court in *The Medical Center, Inc. v. Bowden*, 327 Ga. App. 714 (761 SE2d 116) (2014). We therefore vacate our opinion in *Bowden*, supra, 327 Ga. App. 714, and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment affirmed. Doyle, C. J. and Dillard, J., concur.*